1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JS-6 / ENTER

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

TARA KYLE,

           Plaintiff,

      v.

CAROLYN W. COLVIN, ACTING
COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION,

           Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. ED CV 13-02024 JCG

**JUDGMENT**

     IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is **AFFIRMED**.

Dated:  September 18, 2014

_____
           Hon. Jay C. Gandhi
        United States Magistrate Judge